IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BILL LIETZKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 06-1410-ST |
| v. ) | |
| ) | O R D E R |
| COUNTY OF MONTGOMERY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on December 26, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Page 1 - ORDER

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#7).

IT IS HEREBY ORDERED that this action is dismissed for lack of personal jurisdiction over any defendant.

DATED this   22nd   day of January, 2007.

  /s/ Garr M. King
GARR M. KING
United States District Judge